the United States for commercial advantage and private financial gain in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(iii), (a)(1)(B)(i), and (a)(1)(A)(v)(I). He contends that the district court clearly erred when it enhanced his offense level for possession of a firearm pursuant to U.S.S.G. § 2L1.1(b)(4)(C) (2005) because it was not foreseeable that his co-conspirators would have possessed firearms during the conspiracy.

The district court's determination that it was reasonably foreseeable that Rodriguez's co-conspirators possessed firearms during the conspiracy was plausible in light of the record read as a whole. Although there was no direct evidence that Rodriguez knew his co-conspirators possessed firearms, there was sufficient evidence from which the district court could infer that it was reasonably foreseeable that his co-conspirators possessed firearms. *See United States v. Gaytan,* 74 F.3d 545, 559 (5th Cir.1996). Therefore, the district court did not clearly err when it enhanced Rodriguez's offense level for possession of a firearm pursuant to § 2L1.1(b)(4)(C). *See United States v. Charon,* 442 F.3d 881, 887 (5th Cir.), *cert. denied,* —— U.S. ——, 127 S.Ct. 260, 166 L.Ed.2d 202 (2006). Accordingly, the district court's judgment is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alvaro Jose LEZCANO, also known as**
**Jose Lezcano–Alvaro, Defendant–**
**Appellant.**

**No. 06–51473**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Alvaro Jose Lezcano raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202). The Government's motion for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

362

summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Sandra Luz ALVAREZ–DE GORDILS,**
**Defendant–Appellant.**

**No. 07–50660**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Sandra Luz Alvarez–De Gordils rais-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

es arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Armando Solomon REYES–MEJIA,**
**Defendant–Appellant.**

**No. 07–50591**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.